ACCEPTED
03-15-00631-CV
8328703
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 3:31:31 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00631-CV**

_____

*IN THE COURT OF APPEALS*
*FOR THE*
*THIRD JUDICIAL DISTRICT OF TEXAS*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 3:31:31 PM
JEFFREY D. KYLE
Clerk

_____

MELISSA GATES
Appellants,

VS.

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES AND
COMMISSIONER JOHN SPECIA,
Appellees.

_____

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE APPELLEES' BRIEF**

_____

TO THE HONORABLE COURT OF APPEALS:

Appellees' Texas Department of Family and Protective Services and

Commissioner John Specia ("Appellees") ask the Court to extend the time to file their

Appellees' Brief.

## A. INTRODUCTION

1.      Appellees are Texas Department of Family and Protective Services and

Commissioner John Specia (collectively, "Appellees").

2.      No rule limits the time to file this motion to extend.  TEX. R. APP. P. 38.6(d)

("A motion to extend the time to file a brief may be filed before or after the date the brief

is due.").

3.      Appellant is unopposed to this motion.

## B.  ARGUMENT AND AUTHORITIES

4.      The Court may extend the time for filing a brief under the authority of Texas Rule of Appellate Procedure 38.6(d).

5.      The deadline to file the Appellees' Brief is December 30, 2015.  *See* Tex. R. App. P. 38.6(b).

6.      Appellees request an additional 30 days to file their brief, extending the time until January 29, 2016.  This is the first request for an extension by Appellees to file their brief.

7.      Appellees require additional time to file their brief because of holiday office closures and other filing deadlines in *Wilkerson v. Univ. of N. Tex. Et al.*, Civil No.: 4:15-cv-00540, in the EDTX-Sherman Division; and *Planned Parenthood of Greater Texas Family Planning and Preventative Health Services, Inc., et al. vs. Chris Traylor, et al.,* Civil No: 1:15-cv-01058, in the WDTX-Austin Division.    For these reasons, Appellees request that the Court extend the deadline 30 days for Appellees to file their brief.

8.      No prior extension has been granted to extend the time to file the Appellees' Brief.

## C.  PRAYER

For these reasons, Appellees' Texas Department of Family and Protective Services and Commissioner John Specia, request that this Court grant an extension of time and set January 29, 2015, as the due date for Appellees' Brief.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

*/s/ Marc Rietvelt*
MARC RIETVELT
State Bar No. 24043892
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
marc.rietvelt@texasattorneygeneral.gov

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 14, 2015, I conferred with counsel for Appellant concerning the merits of this motion. Counsel for Appellant informed me that he was unopposed to Appellees' request for an extension of time to file their Appellees' Brief

*/s/ Marc Rietvelt*
Marc Rietvelt
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically and that notice of this filing will be sent to the following persons through File & Serve Xpress' electronic filing system and email on December 21, 2015:

Thomas C. Sanders
Attorney at Law
P. O. Box 1860
Sugar Land, Texas 77487
281/242-9700 Telephone
281/242-8340 Facsimile
tcsanders76@yahoo.com

Robert G. Gibson, Jr.
Attorney at Law
P. O. Box 387
Rosenberg, Texas 77471
713/953-0500 Telephone
713/953-0750 Facsimile
rgglaw@juno.com

*/s/ Marc Rietvelt*
Marc Rietvelt
Assistant Attorney General